UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE L. FEAGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01107-JPH-MJD |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Counter Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| ESTATE OF DONNA G. TUOHY Through ) | |
| Personal Representative Garth Madison, ) | |
| ANNIE L. FEAGIN, ) | |
| ) | |
| Counter ) | |
| Defendants. ) | |

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT AND GRANTING
MOTION FOR LEAVE TO FILE ANSWER**

JP Morgan Chase Bank, N.A., has moved for clerk's entry of default as to

Annie Feagin for her failure to answer its counterclaim.  Dkt. 23.  Ms. Feagin

then filed a motion for leave to file an answer, as well as an answer to the

counterclaim.  Dkt. 24; dkt. 25.  The Court **GRANTS** Ms. Feagin's motion for

leave to file answer, dkt. [24], and accepts Ms. Feagin's answer, dkt. 25, as the

operative pleading on file with this Court.  *See A. Bauer Mech., Inc. v. Joint*

*Arbitration Bd. of Plumbing Contractors' Ass'n and Chicago Journeymen*

*Plumbers' Local Union 130, U.A.*, 562 F.3d 784, 790 (7th Cir. 2009).  JP Morgan

Chase Bank, N.A.'s motion for clerk's entry of default, dkt. [23], is therefore

**DENIED**.  *See* Fed. R. Civ. P. 55(a); *Sun v. Bd. of Trs. of Univ. of Ill.*, 473 F.3d

799, 811–12 (7th Cir. 2007).

**SO ORDERED.**

Date: 6/18/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ESTATE OF DONNA G. TUOHY Through Personal Representative Garth
Madison

Matthew Thomas Ciulla
BARNES & THORNBURG, LLP (Indianapolis)
matthew.ciulla@btlaw.com

Daniel Cueller
THE CUELLER LAW OFFICE
dan@cuellerlaw.com

Terrance Lamont Kinnard
KINNARD & SCOTT
tkinnard@kinnardlaw.net

Brett Hunter Pyrdek
BARNES & THORNBURG, LLP (Chicago)
bpyrdek@btlaw.com