UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE L. FEAGIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01107-JPH-MJD |
| JPMORGAN CHASE BANK, N.A., | ) ) ) |
| Defendant. | ) ) |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Counter Claimant, | ) ) ) |
| v. | ) ) |
| ESTATE OF DONNA G. TUOHY Through Personal Representative Garth Madison, ANNIE L. FEAGIN, | ) ) ) ) |
| Counter Defendants. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation, making recommendations regarding the following motions: Annie Feagin's Verified Claim for Immediate Delivery of Property, dkt. 21; Ms. Feagin's Amended Verified Claim for Immediate Delivery of Property, dkt. 29; and the parties' Joint Motion to Interplead and Dismiss Chase with Prejudice, dkt. 37. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [44].

1

Accordingly, the Court **ORDERS** the following:

- Ms. Feagin's Verified Claim for Immediate Delivery of Property, dkt. 21, is **WITHDRAWN**, *see* dkt 37 ¶ 8;
- Ms. Feagin's Amended Verified Claim for Immediate Delivery of Property, dkt. 29, is **WITHDRAWN**, *see* dkt 37 ¶ 8;
- The parties' Joint Motion to Interplead and Dismiss Chase with Prejudice, dkt. 37, is **GRANTED** and Chase is **ORDERED** to deposit the funds at issue into the Court's registry pursuant to Federal Rule of Civil Procedure 67 within seven days of the date of this Order;
- Ms. Feagin is **ORDERED** to file an Amended Complaint within seven days of the date that the funds are deposited by Chase that asserts her claim(s) against the Estate; the Estate shall then assert its claims against Feagin as a counterclaim when it files its Answer to the Amended Complaint;
- Once the funds have been deposited by Chase and the Amended Complaint has been filed, the Court will **DISMISS** all claims against Chase and all claims asserted by Chase in this action with prejudice.

The Court further **ORDERS** that the Clerk of Court shall promptly invest the funds in a court-approved, interest-bearing instrument.

**SO ORDERED**.

Date: 8/26/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ESTATE OF DONNA G. TUOHY Through Personal Representative Garth Madison

Daniel Cueller
THE CUELLER LAW OFFICE
dan@cuellerlaw.com

Terrance Lamont Kinnard
KINNARD & SCOTT
tkinnard@kinnardlaw.net

Kyle W LeClere
BARNES THORNBURG LLP.
kleclere@btlaw.com

Brett Hunter Pyrdek
BARNES & THORNBURG, LLP (Chicago)
bpyrdek@btlaw.com

INSD Finance Department