UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE L. FEAGIN, | ) |
|        Plaintiff, | ) |
|        v. | ) No. 1:20-cv-01107-JPH-MJD |
| JPMORGAN CHASE BANK, N.A., | ) |
|        Defendant. | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
|        Counter Claimant, | ) |
|        v. | ) |
| ESTATE OF DONNA G. TUOHY Through Personal Representative Garth Madison, ANNIE L. FEAGIN, | ) |
|        Counter Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation, recommending that "any claims of the Estate of Donna G. Tuohy to the interplead funds in this matter be dismissed for . . . repeated failures to comply with the Court's orders." Dkt. 58 at 3. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [58]. Any claims of the Estate of Donna G. Tuohy to the funds are **DISMISSED**.

Plaintiff, Annie L. Feagin, **shall have** through **November 20, 2020** to move for disbursement of the funds and the entry of judgment.

**SO ORDERED.**

Date: 10/30/2020

                                                           James Patrick Hanlon
                                                           United States District Judge
                                                           Southern District of Indiana

Distribution:

Daniel Cueller
THE CUELLER LAW OFFICE
dan@cuellerlaw.com

Terrance Lamont Kinnard
KINNARD & SCOTT
tkinnard@kinnardlaw.net

Kyle W LeClere
BARNES THORNBURG LLP.
kleclere@btlaw.com

Brett Hunter Pyrdek
BARNES & THORNBURG, LLP (Chicago)
bpyrdek@btlaw.com